UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:25-cv-03417-RGK-SSC          Date: December 18, 2025

Title     Ronald Jones v. James Engleman, Warden

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed as Moot**

On April 14, 2025, *pro se* Petitioner Ronald Jones filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, contending that the Federal Bureau of Prisons (BOP) had erroneously deemed him ineligible to earn time credits under the First Step Act (FSA) and seeking the application of his FSA custody credits and immediate transfer to prerelease custody. (ECF 1; ECF 2 at 4.)

On July 25, 2025, the Court ordered Respondent to file supplemental briefing on three issues regarding Petitioner's eligibility for FSA credits under 18 U.S.C. § 3632(d)(4)(D)(lxvii), including whether Petitioner was being found ineligible for FSA credits based on a potential typographical error in Petitioner's 2012 amended judgment. (ECF 15.) Respondent did so on November 20, 2025, explaining that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-03417-RGK-SSC               Date: December 18, 2025

Title   Ronald Jones v. James Engleman, Warden

the error had been corrected and the corrected judgment had been sent to the BOP for reconsideration and recalculation of petitioner's FSA eligibility and credits and seeking the Court to order the government to provide a further status report.  (ECF 26.)  The Court issued the order the same day.  (ECF 27.)

   Respondent filed additional court-ordered supplemental briefing on December 11, 2025, explaining that the BOP had (1) reevaluated Petitioner's FSA status and deemed him eligible for FSA benefits; (2) recalculated Petitioner's FSA time credits for his entire time within BOP custody; and (3) awarded Petitioner FSA time credit.  (ECF 28 at 4; ECF 28-2 at 14 (showing a total of 1,010 days of credit, with 365 days of credit applicable to his early release and 645 days of credit applicable to his prerelease custody), 17.)  After application of the FSA time credits, Petitioner's projected release date is November 21, 2029, and his conditional "Transition to Community" date is June 5, 2027.  (ECF 28-2 at 17.)  Given this, Respondent requests that the petition be dismissed as moot, contending that Petitioner had been granted all the relief he sought.  (ECF 28 at 2.)

   It is not clear that Petitioner has received all of the relief he requested because he also seeks transfer to prerelease custody.  (ECF 2 at 4 (citing 18 U.S.C. § 3624(g)).)  However, Petitioner likely is not currently eligible for transfer to prerelease custody.  To be eligible for prerelease custody, he would need to have earned time credits in an amount equal to the remainder of his term of imprisonment.  *See* 18 U.S.C. § 3624(g).  According to the BOP's December 2, 2025 FSA Time Credit Assessment, Petitioner's projected release date before application of the FSA time credits is November 21, 2030.  (ECF 28-2 at 17.)  As of December 2, 2025, Petitioner had earned a total 1,010 days (or about

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-03417-RGK-SSC            Date: December 18, 2025

Title   Ronald Jones v. James Engleman, Warden

2.77 years) of FSA time credit, which is less than an amount equal to the remainder of his term of imprisonment.  (*Id.* at 14.)

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **January 18, 2026**, why this action should not be dismissed as moot.

**Petitioner is cautioned that failure to file a timely response to this order to show cause will result in a recommendation to the district judge to dismiss this case as moot.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |